902

No. 76-5944. CHOCHREK v. CUPP, PENITENTIARY SUPERIN-TENDENT. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74-1486. UNITED STATES v. BERNSTEIN. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Donovan*, 429 U. S. 413 (1977).

No. 76-169. UNITED STATES v. BARLETTA ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Donovan*, 429 U. S. 413 (1977).

No. 76-597. UNITED STATES v. CABRAL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Donovan*, 429 U. S. 413 (1977).

No. 76-720. UNITED STATES v. LEE. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Donovan*, 429 U. S. 413 (1977).

No. 76-5415. GILBERT v. UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. On representation of the Acting Solicitor General, set forth in his brief for the United States filed February 7, 1977, judgment vacated, and case remanded for reconsideration in light of position presently asserted by the Government.